UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER A. LaVOY, | Case No. 2:13-cv-01008-APG-PAL |
| Plaintiff, | |
| v. | ORDER |
| JAMES BERTRAM MORRIS; JEANEEN McGEE, MARK NISHI, and ANNE MARIE GRODEN, | |
| Defendants. | |

On July 26, 2013, Defendant Jeaneen McGee filed her Motion to Dismiss. (Dkt. #19.) On August 12, 2013, plaintiffs Christopher A. LaVoy and Tiffany & Bosco, P.A. filed the First Amended Complaint ("FAC"). (Dkt. No. 22.) The FAC renders moot the Motion to Dismiss.

On July 15, 2013, Plaintiff filed a Motion for Entry of Order Permitting Interpleader. (Dkt. #12.) Defendant McGee's response in opposition (Dkt. #17) incorporated by reference the arguments in her Motion to Dismiss. Because that Motion to Dismiss is now moot, McGee is granted additional time to oppose the Motion to Interplead.

Under Fed. R. Civ. P. 6(d) and 15(a)(3), defendants' responsive pleading to the FAC is due on August 29, 2013. The Court sets August 29, 2013 as the deadline to file any opposition to the motion for interpleader. Plaintiffs' deadline to reply to any such opposition is governed by Local Rule 7-2. Accordingly,

**IT IS HEREBY ORDERED** that Defendant McGee's Motion to Dismiss (Dkt. #19) is denied without prejudice as moot.

**IT IS FURTHER ORDERED** that all oppositions to Plaintiff's Motion for Entry of Order Permitting Interpleader shall be filed by August 29, 2013.

**IT IS FURTHER ORDERED** that Defendant Morris's Motion for Order Shortening Time (Dkt. #15) is denied.

Dated: August 23, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE