ELAN S. MIZRAHI, ESQ.
Nevada Bar No. 7450
**JENNINGS, HAUG & CUNNINGHAM, L.L.P.**
2800 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-1049
Telephone:  602-234-7800
Facsimile:    602-277-5595
E-mail:  esm@jhc-law.com

DAVID J. RIVERS, ESQ.
Nevada Bar No. 0384
**LAW OFFICE OF DAVID J. RIVERS**
PMB 263
7121 West Craig Road, Suite 113
Las Vegas, Nevada 89129-6023
Telephone:  702-375-6961
E-mail:  djr@lsrlaw.net

Attorneys for Defendant Jeaneen McGee

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER A. LaVOY and TIFFANY & BOSCO, P.A., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES BERTRAM MORRIS; JEANEEN MCGEE; MARK NISHI; and ANNE MARIE GRODEN, <br><br> Defendants. | Case No.: 2:13-cv-01008-APG –PAL <br><br> **DEFENDANT MCGEE'S MOTION WITH CONSENT TO EXTEND DEADLINE TO FILE HER REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT IN INTERPLEADER** |

Defendant Jeaneen McGee ("McGee"), by and through undersigned counsel, hereby moves for an extension of time to file her Reply in Support of Motion to Dismiss First Amended Complaint in Interpleader (Dkt. 28), from the current deadline of Thursday, October 3, 2013, to and including Friday, October 11, 2013.  Plaintiffs' counsel has advised by email that Plaintiffs stipulate to this extension request, and that Defendant McGee is authorized to make such representation to this Court.

**IT IS SO ORDERED**: October 2, 2013.

_____
UNITED STATES DISTRICT JUDGE

DATED this 2nd day of October, 2013.

JENNINGS, HAUG & CUNNINGHAM, L.L.P.

/s/Christopher S. Stovall
CHRISTOPHER R. STOVALL, ESQ.
Nevada Bar No. 7450
2800 N. Central Avenue, Suite 1800
Phoenix, AZ  85004-1049
(602) 234-7800
Attorneys for Defendant Jeaneen McGee

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of Jennings, Haug & Cunningham, L.L.P., and that on October 2, 2013, I e-filed the foregoing document through the CM/ECF program entitled **DEFENDANT MCGEE'S MOTION WITH CONSENT TO EXTEND DEADLINE TO FILE HER REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT IN INTERPLEADER**, and the Court will make service of said document to the following CM/ECF registered user(s) through the CM/ECF program:

> Gregory L. Wilde
> Tiffany & Bosco P.A.
> almcconnell@tblaw.com
>
> Cheryl C. Bradford
> Martin & Allison Ltd.
> cbradford@battlebornlaw.com
>
> Robert D. Martin
> Martin & Allison, Ltd.
> mwarner@battlebornlaw.com

/s/ Christopher R. Stovall
Christopher R. Stovall

5680-0 CRS